IN THE COURT OF APPEALS OF THE STATE OF IDAHO
Docket No. 49913

| | |
|---|---|
| STATE OF IDAHO,<br><br>   Plaintiff-Respondent,<br><br>v.<br><br>SINDYS DANIELA CHAPAS-MEJIA,<br><br>   Defendant-Appellant. | ) <br>)   **Filed: June 27, 2023** <br>) <br>)   **Melanie Gagnepain, Clerk** <br>) <br>) <br>)   **THIS IS AN UNPUBLISHED** <br>)   **OPINION AND SHALL NOT** <br>)   **BE CITED AS AUTHORITY** <br>) <br>) <br>) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Elmore County. Hon. Jonathan Medema, District Judge.

Judgment of conviction and six-year determinate sentence, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Emily M. Joyce, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Mark W. Olson, Deputy Attorney General, Boise, for respondent.

_____

Before LORELLO, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Sindys Daniela Chapas-Mejia entered an *Alford*[1] plea to possession of heroin with intent to deliver, Idaho Code § 37-2732(a)(1)(A). The district court imposed a determinate six-year sentence. Chapas-Mejia appeals, contending that her sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984);

---

[1]     *See North Carolina v. Alford*, 400 U.S. 25 (1970).

*State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Chapas-Mejia's judgment of conviction and sentence are affirmed.